No. 03–7358. WITHROW *v.* HEATON ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–7366. CLARK *v.* BULLARD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–7368. CARTER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–7378. MARIAN *v.* VENTURA COUNTY, CALIFORNIA, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–7382. LUTZ *v.* WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7386. McCOY *v.* COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 03–7394. PRICE *v.* WADSWORTH, SUPERINTENDENT, HYDE CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 03–7396. BOGAN *v.* MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 03–7398. JEFFERSON *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–7400. VANN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–7406. McDONALD *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–7414. PATTERSON *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–7415. POSEY *v.* MILLION, WARDEN. C. A. 6th Cir. Certiorari denied.